## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

|  |  |  |
|---|---|---|
| IN RE: | ) | |
| Pacific Partners, LLC | ) | Bankruptcy No. 12 B 44159 |
|  | ) | Chapter 11 |
|  | ) | |
| Debtor | ) | Judge Timothy A. Barnes |
|  | ) | |
|  | ) | |

To:   See Attached List

### NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on **December 10, 2013,** at the hour of 10:00 A.M., or as soon thereafter as counsel may be heard, I shall appear before the honorable Timothy A. Barnes in Courtroom 613 of the United States Bankruptcy Court, 219 S. Dearborn St., Chicago, Illinois, or any other judge sitting in his place and stead, and shall then and there present the attached **Motion for Entry of Final Decree** a copy of which is hereby served upon you. You may appear if you so choose.

>David P. Lloyd, Ltd.
>615B S. LaGrange Rd.
>LaGrange IL  60525
>708-937-1264
>Fax: 708-937-1265

### CERTIFICATE OF SERVICE

    I, David P. Lloyd, an attorney, certify that I caused a copy of the foregoing Notice and Motion to be served on the parties listed on the attached service list by electronic notice where indicated by insertion of an e-mail address, or by first class mail by depositing with the United States Postal Service, LaGrange, Illinois, postage prepaid, prior to 5:00 P.M., this 14th day of November, 2013.

>_____/s/ David P. Lloyd_____
>David P. Lloyd

```
Label Matrix for local noticing         David P Lloyd Ltd                    Pacific Partners, LLC
0752-1                                  615B S LaGrange Rd                   PO Box 2933
Case 12-44159                           LaGrange, IL 60525-6864              Joliet, IL 60434-2933
Northern District of Illinois
Chicago
Mon Jul 29 10:15:51 CDT 2013

U.S. Bankruptcy Court                   Craig Muzzey                         Environmental
Eastern Division                        3361 Windsor Lane                    PO Box 675
219 S Dearborn                          Joliet, IL 60431-9315                Orland Park, IL 60462-0675
7th Floor
Chicago, IL 60604-1702

PrivateBank and Trust Company           The Private Bank and Trust Company   David P Lloyd
c/o Tejal S. Desai                      70 West Madison                      David P. Lloyd, Ltd.
Latimer LeVay Fyock LLC                 Suite 200                            615B S. LaGrange Rd.
55 W.Monroe, Suite 1100                 Chicago, IL 60602-4218               LaGrange, IL 60525-6864
Chicago, IL 60603-5128


Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)PrivateBank and Trust Company           End of Label Matrix
                                           Mailable recipients    9
                                           Bypassed recipients    1
                                           Total                 10
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| Pacific Partners, LLC | ) | Bankruptcy No. 12 B 44159 |
| | ) | Chapter 11 |
| Debtor | ) | Judge Timothy A. Barnes |

## MOTION FOR ENTRY OF FINAL DECREE

NOW COMES the Debtor, Pacific Partners, LLC by and through its attorney, David P. Lloyd, and moves this honorable Court for entry of a final decreee in this confirmed Chapter 11 case, and in support thereof states as follows:

1. The Debtor filed a voluntary Chapter 11 petition on November 7, 2012. The Debtor's Plan was confirmed on September 4, 2013.

2. Administrative claims that have been allowed by the Court have been paid or otherwise resolved.

3. All priority claims have been resolved.

4. The Debtor has made the first plan payment toward secured creditors, and has paid holders of general unsecured claims in full.

5. Evidence of the payments of the above are set forth on the attached exhibit.

6. Said payments constitute substantial consummation of the confirmed plan and this case should now be closed.

WHEREFORE the Debtor prays that the Court enter a final decree and direct the Clerk of the Court to close the case.

Respectfully submitted,
Pacific Partners, LLC


By:_____/s/ David P. Lloyd_____
       Its attorney

David P. Lloyd, Ltd.
615B S. LaGrange Rd.
LaGrange IL  60525
708-937-1264
Fax: 708-937-1265